| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:98CR-0383 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* CR08-63 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Maricus Love  Wilmington, DE 19809 REDACTED | Maryland | Northern Division |
| | NAME OF SENTENCING JUDGE  Frederic N. Smalkin, Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE:   FROM 11/29/2007   TO 11/28/2012 | |

| OFFENSE |
|---|
| Conspiracy to Import Cocaine |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Delaware upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_4/1/18_
Date

_William D. Quarles_
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_Effective Date_                                   _United States District Judge_

I hereby attest and certify on 4/1/08 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND