| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 1:98CR-0383 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. C* CR08-63 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Maricus Love | Maryland | Northern Division |
| | NAME OF SENTENCING JUDGE | |
| Wilmington, DE 19809 REDACTED | Frederic N. Smalkin, Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/29/2007 — TO 11/28/2012 |

| OFFENSE |
|---|
| Conspiracy to Import Cocaine |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Delaware upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_4/1/08_
Date

_[signature]_
William D. Quarles
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_April 21, 2008_
Effective Date

_[signature]_
United States District Judge

I hereby attest and certify on _4/1/08_ that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND